ERIK NIELSEN ET AL. *v.* JOHN ROONEY ET AL.
(12809)

FOTI, LANDAU and HENNESSY, Js.
Argued September 26—decision released October 11, 1994

*Jan A. Marcus,* for the appellants (plaintiffs).

*Robert C. Shenfeld,* with whom, on the brief, was *Christopher S. Rooney,* pro hac vice, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.